FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00272-CV

### Trial Court No. 12-1560-B

**Guy Sparkman**

**Vs.**

**Karen Phillips, Individually & in her official capacity, Stanley Springerly, Individually & in his official capacity & Amy Gilbreath in her official capacity as deputy civil clerk of County Court at Law #2**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $5.00 | Guy Sparkman |
| Motion fee | $10.00 | Guy Sparkman |
| Other fees | $10.00 | Guy Sparkman |
| Motion fee | $10.00 | Guy Sparkman |
| Motion fee | $10.00 | David R Iglesias |
| Motion fee | $10.00 | Flowers Davis |
| Motion fee | $10.00 | Flowers Davis |
| Clerk's record | $137.50 | Guy Sparkman |
| Filing | $100.00 | Guy Sparkman |
| Indigent | $25.00 | Guy Sparkman |
| Supreme Court chapter 51 fee | $50.00 | Guy Sparkman |
| **TOTAL:** | $377.50 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of July 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk